FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

JUN 26 2026

CLERK, US BANKRUPTCY COURT

Certificate Number: 14912-TXE-DE-041128726

Bankruptcy Case Number: 26-42040

14912-TXE-DE-041128726

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2026, at 8:32 o'clock PM EDT, Gabriel Ekwenugo completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Texas.

Date: June 23, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor